# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA,<br><br>           Plaintiff,<br><br>     v.<br><br>PARTY CITY CORPORATION;<br>GATEWAY OPPORTUNITY FUND,<br>LLC,<br><br>           Defendants. | Case № 8:14-cv-00446-ODW(JPRx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**LACK OF PROSECUTION** |

Plaintiff Michael Rocca served Defendant Gateway Opportunity Fund, LLC with a copy of the Summons and Complaint in this action on April 7, 2014. Defendant's answer was therefore due on April 28, 2014—that is, 21 days after the service date. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has not answered or otherwise responded. The Court therefore **ORDERS** Rocca to **SHOW CAUSE** in writing by **Friday, August 29, 2014**, why he has not moved for entry of default with the Clerk. No hearing will be held; Rocca shall respond in writing. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

August 25, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**