# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA,<br><br>           Plaintiff,<br><br>   v.<br><br>PART CITY CORP.; GATEWAY OPPORTUNITY FUND, LLC,<br><br>           Defendants. | Case No. 8:14-cv-00446-ODW(JPRx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Mediation Report (ECF No. 50), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **April 9, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 26, 2015

_____
                **OTIS D. WRIGHT, II**
        **UNITED STATES DISTRICT JUDGE**